O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE MATTHEWS, <br>       Petitioner, <br>     v. <br> M.L. MONTGOMERY, <br>       Respondent. | CASE NO. 5:16-cv-00139-JGB (SK) <br> **JUDGMENT** |

Pursuant to the Order Accepting the Report and Recommendation of the U.S. Magistrate Judge, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: October 3, 2017

JESUS G. BERNAL
U.S. DISTRICT JUDGE